UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-15397 |
| | | CHAPTER 13 |
| ANTHONY J. HUGHES | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917295 | $57.00 |

Creditor(s)
Citizens Auto Finance
480 Jefferson Blvd.
RJE135
Warwick, RI 02886

                                               Respectfully submitted,

                                   /s/   Margaret A. Burks, Esq.
                                           Margaret A. Burks, Esq.
                                           Chapter 13 Trustee
                                           Attorney No. OH 0030377

                                           Francis J. DiCesare, Esq.
                                           Staff Attorney
                                           Attorney No. OH 0038798

                                           Karolina F. Perr, Esq.
                                           Staff Attorney
                                           Attorney No. OH 0066193

                                           600 Vine Street, Suite 2200
                                           Cincinnati, OH 45202
                                           (513) 621-4488
                                           (513) 621 2643 (Facsimile)
                                           mburks@cinn13.org - Correspondence only
                                           fdicesare@cinn13.org
                                           kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 17, 2010.

                                                    /s/    Margaret A. Burks, Esq.
                                                               Margaret A. Burks, Esq.

| | |
|---|---|
| Citizens Auto Finance<br>480 Jefferson Blvd.<br>RJE135<br>Warwick, RI 02886 | Debtor(s) Counsel<br>STEPHEN M. MEISER, ESQ.<br>5598 GLENWAY AVENUE<br>SUITE 1<br>CINCINNATI, OH  45238 |
| Debtor(s)<br>ANTHONY J. HUGHES<br>1009 WESLEYAN DRIVE<br>FAIRFIELD, OH  45014 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |